```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 08 B 04162
    ELIZABETH WALLACE
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

         Debtor
    SSN XXX-XX-3298


--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
      The case was filed on 02/23/2008 and was confirmed 04/21/2008.

      The plan was confirmed to pay secured creditors 100% and unsecured
 creditors  10.00%.

      The case was converted to chapter 7 after confirmation 09/05/2008.
--------------------------------------------------------------------------------
 CREDITOR NAME               CLASS           CLAIM AMOUNT     INTEREST        PRINCIPAL
                                                              PAID            PAID
--------------------------------------------------------------------------------
 PREMIER BANKCARD            UNSECURED            468.51          .00              .00
 CAPITAL ONE AUTO FINANCE    UNSECURED           1864.62          .00              .00
 CAPITAL ONE AUTO FINANCE    SECURED VEHIC       7050.00       156.54           544.63
 CAPITAL ONE                 UNSECURED           2183.63          .00              .00
 CAPITAL ONE                 UNSECURED            936.17          .00              .00
 CAPITAL ONE                 UNSECURED            888.63          .00              .00
 COLUMBUS BANK & TRUST       UNSECURED         NOT FILED          .00              .00
 ROUNDUP FUNDING LLC         UNSECURED           1863.08          .00              .00
 MIDWEST SURGICAL ASSOCIA    UNSECURED         NOT FILED          .00              .00
 PERFORMANCE CAPITAL MANA    UNSECURED            560.12          .00              .00
 MCLEOD USA                  UNSECURED         NOT FILED          .00              .00
 ECAST SETTLEMENT CORP       UNSECURED          18618.84          .00              .00
 LVNV FUNDING                UNSECURED            313.85          .00              .00
 NICOR GAS                   UNSECURED           1794.23          .00              .00
 PORTFOLIO RECOVERY ASSOC    UNSECURED            540.42          .00              .00
 SEARS CITICORP CREDIT SV    UNSECURED         NOT FILED          .00              .00
 AESTHETIC PLASTIC RECONS    UNSECURED         NOT FILED          .00              .00
 FIRST CASH ADVANCE          UNSECURED         NOT FILED          .00              .00
 PAYDAY LOAN                 UNSECURED         NOT FILED          .00              .00
 PAYDAY LOAN                 UNSECURED         NOT FILED          .00              .00
 HOUSEHOLD FINANCE CORP      CURRENT MORTG         .00            .00              .00
 HOUSEHOLD FINANCE CORP      MORTGAGE ARRE         .00            .00              .00
 COOK COUNTY TREASURER       SECURED            5578.00           .00           105.00
 LVNV FUNDING LLC            UNSECURED           1066.10          .00              .00
 ROBERT J SEMRAD & ASSOC     DEBTOR ATTY       3,346.50                       1,673.58
 TOM VAUGHN                  TRUSTEE                                            215.65
 DEBTOR REFUND               REFUND                                             221.54

         Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                        RECEIPTS          DISBURSEMENTS
--------------------------------------------------------------------------------

                  PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 08 B 04162 ELIZABETH WALLACE
```

```
TRUSTEE                                       2,916.94

PRIORITY                                                              .00
SECURED                                                            649.63
    INTEREST                                                       156.54
UNSECURED                                                             .00
ADMINISTRATIVE                                                   1,673.58
TRUSTEE COMPENSATION                                               215.65
DEBTOR REFUND                                                      221.54
                                         ---------------  ---------------
TOTALS                                        2,916.94           2,916.94
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                     /s/ Tom Vaughn
    Dated: 12/29/08                  _____
                                     TOM VAUGHN
                                     CHAPTER 13 TRUSTEE




                              PAGE   2
          CASE NO. 08 B 04162 ELIZABETH WALLACE